IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AmGUARD INSURANCE COMPANY**                                                                      **PLAINTIFF**

**v.**                                   **CASE NO. 2:24-cv-00092-BSM**

**ELECTROLUX HOME PRODUCTS,
INC. and ELECTROLUX NORTH
AMERICA, INC.**                                                                                    **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE